IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00780-LTB

DEMETRICK SMITH,

    Plaintiff,

v.

S. M. KUTA,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 9, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 9 day of May, 2013.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk

                                    By: s/J. Hawkins
                                         Deputy Clerk